# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

September 22, 2020

VIA ECF
The Honorable Cathy Seibel
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    **United States v. Christopher Johnson**
               **Case No. 16-cr-00361 (CS)**

Dear Judge Seibel:

Christopher Johnson is scheduled to appear before Your Honor for a Violation of Supervised Release Hearing on October 15, 2020. However, it is our information that he is yet to have an attorney appointed him on his matter in State court. We have been told that he has a court appearance scheduled for October 19, 2020. It's further our information that an attorney will be apportioned to represent him on that date.

Given the foregoing, we respectfully request that Mr Johnson's matter here be re-calendared to the week of November 16th, 2020 or the week of December 7th, 2020.

Please know that AUSA Maurene Comey does not object to our request.

Thank you in advance for your consideration.

Very truly yours,

*Deveraux L. Cannick*

DLC/mw
cc: AUSA Maurene Comey

VOSR hearing adjourned to 12/9/20 at 2:30 pm.

SO ORDERED.

*Cathy Seibel*     9/22/20
CATHY SEIBEL, U.S.D.J.